IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:97-cr-00020-MP-AK

WILLIAM RAY HOLMES,

    Defendant.

_____/

# **O R D E R**

This matter is before the Court on Doc. 39, Report and Recommendation of the Magistrate Judge, recommending denial of Defendant's petition for post-conviction relief at Doc. 38. The Magistrate issued the Report on Thursday, September 18, 2008. Defendant has been furnished a copy of the Report and has been afforded an opportunity to file an objection. Defendant has filed an objection. Doc. 40. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

Defendant's petition is styled as a petition for writ of *audita querela* or, alternatively, for the issuance of a writ pursuant to the All Writs Act. However, a writ of *audita querela* may not be granted where, as here, relief is cognizable under Title 28 of the United States Code, Section 2255. United States v. Holt, 417 F.3d 1172, 1175 (11th Cir. 2005). Defendant argues that he was improperly given an enhanced sentence as an armed career criminal. Because Defendant is proceeding *pro se*, the Court liberally construes his petition as a motion to vacate under § 2255. See id. Defendant's first motion to vacate was denied, see Doc. 35, and Defendant has not sought leave to file a second or successive motion pursuant to Title 28 of the United States Code,

Sections 2244(b)(3) & 2255.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's motion to vacate, Doc. 38, is DENIED.  The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein to the extent it recommends denial of Defendant's motion as an unauthorized second or successive motion to vacate.

**DONE AND ORDERED** this   *10th*  day of October, 2008


            *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge